IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Case No. 14-cr-00144-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

3. JOSE NEMECIA-GARCIA, a/k/a Jose Luis Galeas-Almendarez,
4. MARCO CASTRO-CRUZ, a/k/a Juan Ramirez-Perez, a/k/a Manuel Castro Cruz, a/k/a Guero,
5. PAUL RUBIO-SEPULVEDA, a/k/a Pelon,
8. MACIZO LNU, aka Juan Miguel Espinoza-Romero
9. YONGER RICARDO MATUTE-VENEGAS, a/k/a Yonger Venegas,
12. LUIS CRUZ-MEDINA, a/k/a Carlos Medina, a/k/a Marlon Arturo Velasquez-Medina, a/k/a Chucky,
15. AARON FLORES-VILLEGAS, a/k/a Missael Valdes-Osorino, and
21. NICOLE N. BOWMAN,

       Defendants.

## SCHEDULING ORDER

The Court has reviewed Docs. ## 766, 770, and 812, all related to the proposed scheduling order for the filing of motions in the instant case.

At the September 24, 2015 Status Conference, the Government and all defense counsel agreed that the speedy trial clock was due to expire on either November 28, 2015 (for two defendants) and on December 5, 2015 (for the remaining defendants). (Doc. # 714.)  On September 24, 2015, the Court granted a 120-day Ends of Justice Continuance to be excluded from the speedy trial clock which currently stands at November 28, 2015.  (Doc # 716.)  All Defendants, except Defendant #3, Jose

Nemecia-Garcia, who requested and was granted appointment of new counsel, have agreed to the schedule for the filing of motions, as set forth in Doc. # 770.  Counsel for Jose Nemecia-Garcia, Dru Nielsen, was appointed on August 18, 2015, so she has had almost 90 days at this juncture to familiarize herself with this case.  (Doc. # 603.)  Although the Court is mindful of the fact that Ms. Nielsen joins the case later than other counsel, it does not believe it is necessary to give her an additional 120 days **beyond** the motions deadlines proposed by the other Defendants.

Accordingly, the Court ORDERS as follows:

**I.**     **Discovery Motions**.  Voluminous discovery has already been provided by the Government and the Government recognizes its discovery obligations pursuant to Rule 16 of the Federal Rules of Evidence.  As such, in compliance with this Court's Criminal Practice Standards,[1] the parties are ordered to **meaningfully meet and confer** to discuss any discovery issues **prior** to the filing of any discovery motions, including providing the Government with the specific material requested, the relevance of that material, and the specific authority pursuant to which the discovery request is made.  In the event that discovery motions are necessary, any discovery motions shall be filed **no later than Thursday, November 19, 2015**, and such motions shall otherwise comply with this Court's Criminal Practice Standards.  The Government's response to any Motions for Discovery shall be due within 14 days of the filing of

---

[1] These standards are available at http://www.cod.uscourts.gov/Portals/0/Documents/Judges/CMA/Criminal-Practice-Standards.pdf.

each discovery motion, or by December 3, 2015, whichever is later.

II. **Title III and Electronic Surveillance**. Any motions challenging the Title III wiretaps and/or other forms of electronic surveillance **no later than December 21, 2015**. The Government's responses to motions challenging the Title III wiretaps and/or other electronic surveillance are due 45 days following the filing of the defense motions regarding same.

III. **Suppression of Non-Electronic Evidence (Physical Evidence and Statements)**. Any motions to Suppress Physical Evidence and Statements shall be filed **no later than 15 days after the Court rules on the Electronic Surveillance Motions**. The Government's responses shall be filed 21 days thereafter.

IV. **Other Motions**. Deadlines for other motions, such as those relating to expert witnesses/opinions and *Daubert* challenges, *James* Hearings, or Severance, will be set after the Court and the parties have a better understanding of what issues remain after rulings on the discovery, wiretap, and suppression motions.

DATED:  November 13, 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge